IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41327
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GUSTAVO CAVAZOS-LEDESMA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-97-CR-177-1
- - - - - - - - - -
August 20, 1998

Before KING, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

Gustavo Cavazos-Ledesma appeals his conviction for illegal reentry into the United States after deportation, in violation of 8 U.S.C. § 1326. His sole argument is that the factual basis for his guilty plea is insufficient because there was no mention at his rearraignment of an arrest or a warrant of deportation issued prior to the deportation. In 1996, § 1326(a) was amended, and the word "arrested" was removed. See Illegal Immigration Reform and Immigrant Responsibility Act of 1996 (IIRIRA) § 308(d)(4)(J)(i)(I), Pub. L. No. 104-208, 110 Stat. 3009. The

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

amendments became effective prior to the offense conduct.  <u>See</u> <u>id</u>. at §§ 303(b)(1), 309(a).  The argument therefore lacks merit.

AFFIRMED.